File No. 1694-5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Javan Harper, | Case No. 08 B 13656 |
| Debtor. | Honorable Judge Squires |

## RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

Now comes, Litton Loan Servicing, LLC and states as follows:

1. That on may 29, 2009, Chapter 13 Trustee Marilyn O. Marshall filed a Notice of Payment of Final Mortgage Cure Amount. The Notice was subsequently served on Litton and indicated that if the creditor is not post petition current, it must file a response within sixty days of said Notice.

2. The Debtor is not current on its post-petition mortgage payments on its first lien regarding the real estate located at: 5638 South Shields Avenue, Chicago, Illinois 60621 ("real estate"). The real estate is not the Debtor's principal place of residence.

3. That since there is a post petition default the mortgage should not be considered fully reinstated.

4. The loan is post petition due for February 1, 2009. The following is due and owing:

   i. February 1, 2009 to March 1, 2009 at $1,041.11 for a total of $2,082.22;

   ii. April 1, 2008 to May 1, 2009 at $988.62 for a total of $1,977.24;

   iii. $251.70 in post-petition late charges;

   iv. $155.00 in appraisals and title charges;

   v. Credit of $823.43 in suspense; and,

      vi.  $550.00 in post-petition bankruptcy fees;

Please note that the costs set forth in (vi) have not yet been proved up. That the total post petition default totals $4,192.77. That based upon Debtor's default, the mortgagee is not required to treat the mortgage reinstated and fully current. That the creditor reserves the right to amend this response.

    Respectfully submitted,

    /s/ Mitchell A. Lieberman
Attorney for Litton Loan Servicing, LLC
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
(312) 431-1455